**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRYANT BAYNARD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 15-6202** |
| **SOCIAL SECURITY ADMINISTRATION** | : | |
| | : | |

**ORDER**

**AND NOW**, this 21st day of March 2016, upon consideration of Defendant's Motion to Dismiss (ECF Doc. No. 9), Plaintiff's failure to timely oppose the Motion and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 9) is **GRANTED** and the Complaint is **DISMISSED** as Plaintiff failed to plead exhaustion of his administrative review process necessary for subject matter jurisdiction.

The Clerk of Court shall **close** this matter.

**KEARNEY, J.**